UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Resource Management Company</u>

            v.                         Civil No. 06-cv-366-JD

<u>Frank Gregory</u>

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 5, 2006.

SO ORDERED.

January  5, 2007                      <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

cc:    Benjamin C. Riggs, Jr., pro se
        Michael Ramsdell, Esq.
        Mark E. Howard, Esq.