UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Resource Management Company</u>

        v.         Civil No. 06-cv-366-JD

<u>Frank Gregory</u>


<u>O R D E R</u>


 After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 27, 2007.

 SO ORDERED.


March 23, 2007        <u>/s/ Joseph A. DiClerico, Jr.</u>
              Joseph A. DiClerico, Jr.
              United States District Judge


cc: Benjamin Riggs, pro se
   Frank Gregory, pro se