UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Resource Management Company

    v.                              Civil No. 06-cv-366-JD

Frank Gregory

**REPORT AND RECOMMENDATION**

Resource Management Company's Motion to Enjoin Defendant from Making Objection to Immediate Payment to Plaintiff of Funds Held by Non-Party Petroff & Associates has been referred to me for ruling.

I recommend that the parties be ordered to provide Petroff a directive and agreement to place the funds in escrow with the Clerk of this Court to be paid out in accordance with the judgment of this Court.

Any objections to this Report and Recommendation must be filed within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the district court's order. See Unauthorized Practice of Law Comm. v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

                                                /s/ James R. Muirhead
                                                James R. Muirhead
                                                United States Magistrate Judge

Date: May 14, 2007
cc:   Benjamin C. Riggs, Jr., pro se
       Frank Gregory, pro se