**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Resource Management Company</u>

    v.                                    Civil No. 06-cv-366-JD

<u>Frank Gregory</u>

**<u>O R D E R</u>**

    Further compliance with discovery per bench rulings is ordered. The motions (document nos. 49 and 61) are granted to the extent of the bench rulings and document no. 46 is denied consistent with the bench rulings.

    **SO ORDERED.**

                                        _/s/ James R. Muirhead_
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: May 25, 2007

cc:    Joshua E. Menard, Esq.
        Douglas N. Gould, Esq.
        Resource Management Company