UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Resource Management Company</u>

      v.                  Civil No. 06-cv-366-JD

<u>Frank Gregory</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 14, 2007.

SO ORDERED.

June 11, 2007                    <u>/s/ Joseph A. DiClerico, Jr.</u>
                                       Joseph A. DiClerico, Jr.
                                       United States District Judge

cc:    Benjamin Riggs, Jr.
       Douglas Gould, Esq.
       Joshua Menard, Esq.