UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SEP 4 2007

**FILED**

Resource Management Company

      v.                              Civil No. 06-cv-366-JD

Frank Gregory

## ORDER

On September 4, 2007, the Court received from Plaintiff Resource Management Company, two filings; a supplement to a pending Motion for Final Default and a supplement to a Motion for Order to Show Cause Why he should not be held in Contempt of Court and to Sequester Funds. Attached to these pleadings are several exhibits. In reviewing the exhibits, the Court notes that some of them contain Personal Identifiers, social security numbers, dates of birth and account numbers. Pursuant to Local Rule 8.1, parties shall refrain from including, or shall partially redact where inclusion is necessary these types of identifiers.

Therefore, the attachments are being returned to Mr. Riggs for compliance with Local Rule 8.1, after which time they may be resubmitted.

SO ORDERED.

September 4, 2007

                                              James R. Muirhead
                                              United States Magistrate Judge

cc:    Resource Management Company, Benjamin C. Riggs, Jr., pro se
        Douglas Gould, Esq.
        Joshua Menard, Esq.