UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Resource Management Company</u>

    v.                                Civil No. 06-cv-366-JD

<u>Frank Gregory</u>

**O R D E R**

Counsel's letter (Document no. 101) states that Defendant Gregory has died. It is considered by the court as a statement of the fact of death sufficient to be a suggestion of the death upon the record.

**SO ORDERED.**

                                /s/ James R. Muirhead
                                James R. Muirhead
                                United States Magistrate Judge

Date: September 6, 2007

cc:  Resource Management Co., pro se
     Douglas N. Gould, Esq.
     Michael D. Ramsdell, Esq.
     Joshua E. Menard, Esq.
     Mark E. Howard, Esq.