UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Resource Management Company</u>

        v.                          Civil No. 06-cv-366-JD

<u>Frank Gregory</u>


O R D E R


On September 18, 2007, Defendant Gregory filed a Motion to Stay Case Pending Substitution of Deceased Party Defendant. The Motion was granted by Magistrate Judge James R. Muirhead, allowing a stay of the case for 90 days to permit substitution of a representative of the estate for the decedent.

Therefore, trial and related trial deadlines are herewith continued and will be rescheduled if necessary after ruling on the current and future dispositive motions.

SO ORDERED.


October 9, 2007                          <u>/s/ Joseph A. DiClerico, Jr.</u>
                                               Joseph A. DiClerico, Jr.
                                               United States District Judge


cc:    Resource Management Company
        Douglas N. Gould , Esq.
        Joshua Menard, Esq.