UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Resource Management Company</u>

 v.        Civil No. 06-cv-366-JD

<u>Frank Gregory</u>


**<u>ORDER</u>**

 Re: Document No. 111, <u>Notice of Appearance</u>

 Ruling: Counsel can not appear for a deceased person.  He can appear for and move to substitute as a party, the "representative" of the decedent.  Counsel is requested to correct his appearance.

             _____
             James R. Muirhead
             U.S. Magistrate Judge

Date:  November 14, 2007

cc: Benjamin C. Riggs, Jr.
   Douglas N. Gould, Esq.
   Peter G. Callaghan, Esq.