**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Resource Management Company

       v.                                      Civil No. 06-cv-366-JD

Frank Gregory

**<u>O R D E R</u>**

Attorney Callahan was requested to correct his appearance to whoever he is representing as decedent's representative. (Document No. 113).  He has ignored the order of November 14, 2007.  The stay is dissolved.  Plaintiff should do his best to comply with the service requirements set out in Fed. R. Civ. P. 25(a)(1) and refile the substitution motion.  Unless the decedent's representatives promptly thereafter appear by counsel default will be entered.  Mr. Callahan is ordered to advise the court immediately as to his status.

        **SO ORDERED.**

                                          James R. Muirhead
                                          United States Magistrate Judge

Date:  December 20, 2007

cc:    Benjamin C. Riggs, Jr., pro se
       Douglas N. Gould, Esq.
       Peter G. Callaghan, Esq.