**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Resource Management
Company


        v.                                Civil No. 06-cv-366-JD

Janet Peschong,
Personal Representative
for the Estate of
Frank Gregory, deceased

**O R D E R**

Plaintiff moves to compel compliance with his third request
for production and with Fed. R. Civ. P. 26(e).  Defendant
objected to each request as "overly broad, unduly burdensome and
(as seeking) information that is not discoverable . . ."  The
responses were timely delivered.  The requests are considered
below.

Requests 1, 6 and 7.  Plaintiff states that these requests
have been made before and were intended to seek supplementation.
Defendant argues that since she is aware of Rule 26(e), the
requests are unnecessary.  Plaintiff is entitled to either
supplementation or a straight-forward statement that there are no
supplementary documents.  Defendant is ordered to provide one or
the other.

Request no. 2.  Defendant is ordered to provide the records offered or to state that there are none.

Request no. 3. Defendant is ordered to provide all Arvest account records directly or indirectly related to the 67 cases or to clearly state that there are none.

Request no. 4. Granted.

Request no. 5. Denied as plaintiff has not shown why the information is discoverable.

Document no. 145.   Granted in part, denied in part as set forth above.

**SO ORDERED.**

James R. Muirhead
United States Magistrate Judge

Date:  July  29, 2008

cc:  Benjamin C. Riggs, Jr., pro se
     Peter G. Callaghan, Esq.